# EXHIBIT A

Align top of FedEx Express® shipping label here.

**FedEx**

Envelope

Recycle me.



ORIGIN ID:QWGA   (800) 695-7480
LLS
41 SCHERMERHORN ST

BROOKLYN, NY 11201
UNITED STATES US

TO  CSC

80 STATE ST

ALBANY NY 12207
(000) 000-0000          REF:
INV:
PO:                          DEPT:

SHIP DATE: 15SEP25
ACTWGT: 0.25 LB
CAD: 6570542/ROSA2650



**FedEx**
Express

E

TRK#  8843 8822 0351
0201

WED – 17 SEP 5:00P
** 2DAY **

SP GFLAG

GFLA 12207
NY-US   ALB

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)    INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 07/07/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF THE BRONX

HELEN GARDNER,

Index No. 814355/2025E

Plaintiff,

**SUMMONS**

-against-

AMAZON.COM, LLC,

Dated Index No. Purchased: 7/7/2025

Defendant.

To the above named Defendant

AMAZON.COM, LLC

At the subpoena serving address of:

10 Bryant Park
452 Fifth Avenue
New York, N.Y.

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer to serve a notice of on the Plaintiff within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn
July 7, 2025

By    Helen Gardner
237 Duffield Street, Apt 2B
Brooklyn, New York 11201

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.    1 of 11

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED
RECEIVED NYSCEF: 07/07/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF THE BRONX

HELEN GARDNER,

           Plaintiff,

        -against-

AMAZON.COM, LLC,

           Defendant.

Index No. 814355/2025 E

**COMPLAINT**

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Helen Gardner, respectfully shows and alleges as follows:

1. The plaintiff herein, Helen Gardner, is a resident of the State of New York. Ms. Gardner resides at 237 Duffield Street, Apt 2B, Brooklyn, New York 11201.

2. The defendant herein, Amazon.com, LLC is a multinational technology company focused on e-commerce, cloud computing, and digital streaming. and does business at multiple addresses, including Fulfillment Centers and Delivery Stations at:

   - 1080 Leggett Avenue, Bronx, New York 10474

   - 1300 Viele Avenue, Bronx, New York 10474

   - 1055 Bronx River Avenue, Bronx, New York 10472

**Statement of Facts**

3. Plaintiff Gardner is an elderly mobility disabled woman. For the months of March, April, May, and part of June 2025, plaintiff did not have any means of transportation to grocery store. Plaintiff has been a loyal Amazon Customer since the year **2007**. In her time of need, plaintiff depended on Amazon to supply the necessary sustenance of life: **FOOD**.

1

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)    INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 07/07/2025

4. **FROM MARCH 2025 THROUGH MAY 2025 NO OTHER FOOD WAS CONSUMED BUT CAMPBELL'S CHUNKY JAZZY JAMBALAYA SOUP.**

5. Plaintiff Gardner placed orders for **CAMPBELL'S CHUNKY JAZZY JAMBALAYA SOUP,** which consists of a pack of eight (8) cans of soup per order. Listed below are the details of each order. Exhibit 1

   - March 3, 2025- Order #11321910759797051- Delivered March 4, 2025

   - April 10, 2025- Order #11382371621861063- Delivered April 11, 2025

   - April 19, 2025- Order #11363078068281038- Delivered April 20, 2025.

   - April 23, 2025- Order # 11362418580865808- Delivered April 24, 2025.

   - April 30, 2025- Order # 11399638985166667- Delivered May 1, 2025.

   - May 11, 2025- Order # 113379726378329038- Delivered May 12, 2025.

   - **June 3, 2025- Order # 11331682695315419- Delivered June 4, 2025: PLAINTIFF DID NOT EAT SOUP FROM THIS ORDER, BECAUSE WHEN OPENED, SHE NOTICED THE CONTENTS LOOKED BLOATED.**

6. In April 2025, Plaintiff began to feel ill, with **excruciating pain running throughout her entire body.** Her physical movement declined to the point where her ability to walk was restricted to heating up her meals of soup, going to bathroom, and at day's end, to bed. Over the next few weeks, additional symptoms emerged:

   - **LOSS OF APPETITE**

   - **NAUSEA**

   - **UNRELENTING BODY PAIN**

2

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.    3 of 11

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)          INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 1                                                                            RECEIVED NYSCEF: 07/07/2025

7. Plaintiff was not aware, at that time, that her ailments were **ALL SIGNS OF FOOD POISONING.**

8. On June 6, 2025, upon opening a can of the soup from the order of **June 3, 2025, the contents looked BLOATED.** Upon inspecting the bottom of the **CAMPBELL'S CHUNKY JAZZY JAMBALAYA SOUP can, Plaintiff discovered the date of Jan(uary) 17, 2021!** Exhibit 2

**Plaintiff had been eating this soup for over two months! Plaintiff looked in her trash for cans that she had already consumed and found the same lot date: JAN(UARY) 17, 2021. By the time Plaintiff discovered the contamination, she had already, unknowingly, consumed 48 cans of the contaminated soup. OVER A TWELVE WEEK PERIOD, PLAINTIFF HAD CONSUMED 48 CANS OF CONTAMINATED SOUP.** Exhibits 3, 4

**THE LOSS OF APPETITE, THE NAUSEA, AND THE UNRELENTING, EXCRUCIATING BODY PAIN WERE ALL  SIGNS OF FOOD POISONING.**

9. On June 9, 2025, Plaintiff went to her Primary Care Physician, and took tests. The Lab results confirm food poisoning infection:

- **WHITE BLOOD COUNT (WBC)- \*HIGH\***

- **EPITHETIAL CELLS- \*ABNORMAL\***

- **BACTERIA- \*ABNORMAL\***

- **LEUKOCYTE- \*ABNORMAL\***

- **CHARACTER- \*ABNORMAL\***

- **PROTEIN- \*ABNORMAL\***

- **KETONE- \*ABNORMAL\***

**THESE LAB RESULTS ALL INDICATE FOOD POISONING!**  Exhibit 5

3

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)
NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED
RECEIVED NYSCEF: 07/07/2025

## CAUSES OF ACTION

10. **First Cause of Action:**
    **NEGLIGENCE: Duty of Care:**

    - The defendant has a duty to sell food that is safe for consumption.

    - This duty extends to ensuring food is free from hazards and contaminants

11. **Second Cause of Action:**
    **NEGLIGENCE: Breach of Duty:**

    - Defendant breached their duty of care when they sold contaminated food or food past its expiration date. Defendant was negligent and did not exercise reasonable care by removing contaminated or expired products from the shelves. Defendant has a duty to avoid improper food storage, avoid cross-contamination, and avoid unsanitary conditions.

12. **Third Cause of Action:**
    **New York Strict Liability**

    The law on strict products liability in New York is that a manufacturer, wholesaler, **distributor,** or retailer who sells a product in a defective condition is liable for injury which results from the use of the product.

## CAUSATION

13. **THE DEFENDANT'S NEGLIGENCE AND BREACH OF DUTY BY SELLING CONTAMINATED SOUP WAS THE SOLE AND DIRECT CAUSE OF PLAINTIFF'S FOOD POISONING PERSONAL INJURY.**

4

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)    INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 1                                                                      RECEIVED NYSCEF: 07/07/2025

## DEMAND FOR RELIEF

14. By reason of the facts and circumstances stated above, plaintiff has been damaged by defendant in the sum of $100,000.

WHEREFORE, plaintiff demands judgment against defendant in the sum of $100,000, together with any other relief this Court finds to be just and proper.

Dated: July 7, 2025

_Helen Gardner_

Helen Gardner
Pro se Plaintiff
237 Duffield Street, Apt 2B
Brooklyn, New York 11201

5

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.                                                                    6 of 11

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

https://www.amazon.com/your-orders/search?ref=ppx_yo2ov_dt_b_s

INDEX NO. UNASSIGNED

RECEIVED NYSCEF:

NYSCEF DOC. NO. 1

Your Orders

**PLAINTIFF'S EXHIBIT**

1

View order details    **Ordered on June 3, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on May 11, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on May 10, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on April 30, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on April 23, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on April 19, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on April 10, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

View order details    **Ordered on March 3, 2025**

Campbell's Chunky Soup, Jazzy Jambalaya with Chicken, Sausage and Ham Soup, 16.1 oz Can (Pack of 8)

**Buy it again**    **View your item**

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAPTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED

RECEIVED NYSCEF: 07/2/25

PLAINTIFF'S
EXHIBIT
2



This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

'TION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COU... INDEX NO. UNASSIGNED

SCEF DOC. NO. 1    RECEIVED NYSCEF: 07/07/2025

PLAINTIFF'S
EXHIBIT

3



s is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
ch, at the time of its printout from the court system's electronic website, had not yet been reviewed and
roved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
ings for various reasons, readers should be aware that documents bearing this legend may not have been
epted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

INDEX NO. UNASSIGNED



This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5(d)) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED

RECEIVE

PLAINTIFF'S
EXHIBIT
5

**Urinalysis, Routine:**

| | | | |
|---|---|---|---|
| Protein, Urine: | TRACE | * abnormal * | (NEGATIVE) |
| Ketone, Urine: | TRACE | * abnormal * | (NEGATIVE) |
| WBC, Urine: | >100 /[HPF] | * high * | (0-5) |
| Epithelial Cells, Ur: | MANY | * abnormal * | (NONE-FEW) |
| Bacteria, Urine: | MANY | * abnormal * | (NONE-FEW) |
| Leukocyte Esterase: | LARGE | * abnormal * | (NEGATIVE) |
| Character: | CLOUDY | * abnormal * | (CLEAR) |

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

[Print in black ink to fill in the spaces next to the instructions]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Helen GARdner
_____
Plaintiff(s)/Petitioner(s),

- against-

Amazon . ComLLC
_____

Defendant(s)/Respondent(s).

**Index Number**

814355/2025 E

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the attached affirmation

of ___Helen GARdner___ [your name], affirmed 8/8/25,

20 25, [date Affirmation in Support signed], and the exhibits attached to the affirmation, and upon

all proceedings in this case to date, (the plaintiff(s)) defendant(s) [circle one and give name of party

making this request] ___Helen GARdner___ will move this Court at 9:30 A.M. on the

23RD day of September 20 25, [return date] at the Courthouse, 851 Grand Concourse,

Bronx, New York, in the Motion Support, Clerks Office Room 217, for an order, pursuant to N.Y. Negligence

And Strict Liability Laws [insert Statute that applies], granting the following relief to the movant(s):

[briefly describe what you are asking the Court to do]

Judgment of $100,000 for the
Negligence of defendant for the
Food Poisoning of Plaintiff.

and for granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Civil Practice Law and Rules 2214(b), you are hereby required to serve copies of your answering affidavits/affirmations on the undersigned no later than the seventh day prior to the date set above for submission of this motion. **[For this paragraph to apply, motion papers must be served by personal delivery no later than 16 days before the return date].**

Dated: _Kings_, [County] New York

_August 8_, 20_25_

Respectfully submitted,

_Helen Gardner_
[sign your name]

_Helen Gardner_
_237 Duffield St, Apt 2B_
_Brooklyn, N.Y. 11201_
_718-838-8232_
[print your name, address and telephone number]

To: Attorney for Plaintiff(s) / (Defendant(s)) [circle one]

_Amazon.Com LLC_
_99 Washington Ave_
_Albany, NY 12210_

[print name, address, telephone number]

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF**

---------------------------------------------------------------x

Helen Gardner

Plaintiff/Petitioner,

- against -

Amazon.com, LLC

Defendant/Respondent.

---------------------------------------------------------------x

Index No. 814355/2025E

### NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
### (Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The benefits of participating in e-filing include:

    - serving and filing your documents electronically

    - free access to view and print your e-filed documents

    - limiting your number of trips to the courthouse

    - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2                                        6/6/18   EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys
(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: _____


Name                                            Address


Firm Name


                                                Phone


                                                _____
                                                E-Mail


To: _____

_____

_____

INDEX NO. 814355/2025E

NYSCEF DOC. NO. 3

RECEIVED NYSCEF: 08/07/2025



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

### Supreme COURT, COUNTY OF Bronx

Index No: _____814355/2025E_____    Date Index Issued: ___07/07/2025___

| | For Court Use Only: |
|---|---|
| **CAPTION** Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet. | **IAS Entry Date** |
| HELEN GARDNER | |
| | **Judge Assigned** |
| Plaintiff(s)/Petitioner(s) | |
| -against- | |
| Amazon.com, LLC | **RJI Filed Date** |
| Defendant(s)/Respondent(s) | |

## NATURE OF ACTION OR PROCEEDING: Check only one box and specify where indicated.

### COMMERCIAL

- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): _____

**NOTE:** For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).**

### TORTS

- ☐ Asbestos
- ☐ Environmental (specify): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): _____
- ☒ Other Negligence (specify): FOOD POISONING
- ☐ Other Professional Malpractice (specify): _____
- ☐ Other Tort (specify): _____

### SPECIAL PROCEEDINGS

- ☐ Child-Parent Security Act (specify): ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration    [see **NOTE** in COMMERCIAL section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement (specify): ☐ Initial ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): _____
- ☐ Other Special Proceeding (specify): _____

### MATRIMONIAL

- ☐ Contested

    **NOTE:** If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum (UCS-840M).**

    For Uncontested Matrimonial actions, use the Uncontested Divorce RJI **(UD-13).**

### REAL PROPERTY Specify how many properties the application includes: _____

- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify): ☐ Residential    ☐ Commercial

    Property Address: _____

    **NOTE:** For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F).**

- ☐ Partition

    **NOTE:** Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P).**

- ☐ Tax Certiorari (specify): Section: _____ Block: _____ Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

### OTHER MATTERS

- ☐ Certificate of Incorporation/Dissolution    [see **NOTE** in COMMERCIAL section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

## STATUS OF ACTION OR PROCEEDING    Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: 07/07/2025 |
| Has a summons and complaint or summons with notice been served? | ☒ | ☐ | If yes, date served: 08/05/2025 |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

## NATURE OF JUDICIAL INTERVENTION    Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ☒ Notice of Motion    Relief Requested: Judgment - Money    Return Date: 08/26/2025
- ☐ Notice of Petition    Relief Requested: _____    Return Date: _____
- ☐ Order to Show Cause    Relief Requested: _____    Return Date: _____
- ☐ Other Ex Parte Application    Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Waiver of Court Costs, Fees and Expenses
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): _____

1 of 2

INDEX NO. 814355/2025E

NYSCEF DOC. NO. 3

RECEIVED NYSCEF: 08/07/2025

**RELATED CASES** List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the RJI Addendum (UCS-840A).

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES** For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the RJI Addendum (UCS-840A).

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: GARDNER, HELEN<br><br>Role(s): Plaintiff/Petitioner | HELEN GARDNER, 237 DUFFIELD STREET, APT 2B , BROOKLYN, NY 11201, helengardner841@gmail.com | ☒ YES ☐ NO | |
| ☒ | Name: Amazon.com, LLC<br><br>Role(s): Defendant/Respondent | 99 Washington Avenue, Albany, NY 12210 | ☒ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated:    08/07/2025

HELEN GARDNER
_____
Signature

HELEN GARDNER
_____
Print Name

_____
Attorney Registration Number

This form was generated by NYSCEF