UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>AMAZON.COM LLC,<br><br>                    Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 9, 2025, this case was referred to me for General Pretrial supervision. (*See* ECF 20.) The parties shall file joint updates on the status of discovery on the following dates: **February 2, 2026; March 2, 2026; April 6, 2026;** and **May 4, 2026**. The updates shall include the discovery exchanged in the prior month, the discovery anticipated in the next month, and whether a settlement conference would be productive at that time.

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, she should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, she should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED:  January 9, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

2