UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>          Plaintiff,<br><br>     -against-<br><br>AMAZON.COM LLC,<br><br>          Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Friday February 13, 2026 at 10:30 AM**. The

Parties should be prepared to discuss the joint letter at ECF 23. The parties are directed to join

the conference at the scheduled time. Please dial **(646) 453-4442** and then enter the access

code follow by the pound sign: **987 578 524#.**

DATED:  February 2, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

1