UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>                    Plaintiff,<br><br>        -against-<br><br>AMAZON.COM LLC,<br><br>                    Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an email from pro se Plaintiff, forwarding correspondence between pro se Plaintiff and counsel for Defendant, attached hereto as Exhibit A. Plaintiff is reminded that all correspondence must be filed on the docket. Communications with chambers are not allowed unless there is an urgent need, such as when there is an imminent deadline from which Plaintiff needs relief, in which case Plaintiff may email chambers with a copy to opposing counsel. There was no such urgent need for Plaintiff's email to chambers. Plaintiff is directed to consult my Individual Practice Rules in Civil Cases, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

DATED:  February 3, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**Tarnofsky NYSD Chambers**

| | |
|---|---|
| **From:** | Helen Gardner <helengardner841@gmail.com> |
| **Sent:** | Monday, February 2, 2026 4:25 PM |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | Fwd: Helen Gardner v Amazon |

<mark>CAUTION - EXTERNAL:</mark>

---------- Forwarded message ---------
From: **Helen Gardner** <helengardner841@gmail.com>
Date: Fri, Jan 30, 2026, 6:03 PM
Subject: Re: Helen Gardner v Amazon
To: Vincent Lodato <VLodato@sillscummis.com>

Mr. Lodato,
Here are the issues i would like to present to Judge Tarnofsky:
1. Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action.  Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS.

2. Since I am a Pro se Plaintiff, I want to confirm, Mr. Lodato, that you are authorized to act on Judge Tarnofsky' behalf before I sign the Non-Disclosure Agreement that you sent me.

3. You have acknowledged receipt of the 4 PDF's on January 29, 2026 at 3:52pm.

4. Plaintiff's request for Documents of January 21, 2026 was returned without any of the requested documents attached.

5. Plaintiff's request on January 28, 2026 for First Set of Interrogatories, has gone unanswered.

Thank you,
Helen Gardner

On Thu, Jan 29, 2026 at 2:42 PM Vincent Lodato <VLodato@sillscummis.com> wrote:

1

Hi Ms. Gardner.

A few items on this matter:

1. Attached is a draft joint report to the Court on the status of discovery. As you will see in the third section of the letter, we are asking the court to schedule a conference to discuss our dispute regarding the HIPPA authorizations we have not received from you.  I have included a section in the letter for you to set forth your position on the issue.  If there is something you would like to present to the Judge on this issue, please put it in the letter and send back to me by Noon on Monday (Feb. 2).  We have to file this joint letter with the Court by the close of business on Monday.

2. I have not heard back from you as to whether you consent to the proposed confidentiality order.  I have re-attached it for your convenience.  As I previously mentioned, this is the form used by Judge Tarnofsky.  If you consent, please sign and return back to me so it can be filed with the Court.

3. Lastly, your e-mail on Tuesday mentioned that you had broken up the documents responsive to our document requests into 6 pdfs.  I only received the first 2 pdfs, which consisted of your responses, photos of the soup cans and the redacted lab results.  Please e-mail the other 4 pdfs so we can review and let you know if there are any deficiencies.

Thank you.

**Vincent Lodato**
Of Counsel



**website** | **bio** | **vCard** | **newsroom** | **email**

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5891  |  f (973) 643-6500   **map**

3

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3