UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER, <br><br>      Plaintiff, <br><br>   -against- <br><br> AMAZON.COM LLC, <br><br>      Defendant. | 25-CV-8285 (JPO) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on February 18, 2026:

1. Defendant has no objection to Plaintiff's motion to file an amended complaint (ECF 28). Accordingly, the motion is **GRANTED**, and the amended complaint at ECF 29 is now the operative complaint. Defendant shall have until **March 6, 2026** to respond to the amended complaint.

2. Defendant's motion for discovery (ECF 23) is **GRANTED**, and Plaintiff shall promptly mail Defendant's counsel (a) signed and fully filled out HIPAA forms for all doctors, other medical providers, and laboratories that she visited between May 1, 2023 and the present; and (b) a signed copy of the Court's preferred Confidentiality Stipulation and Proposed Protective Order, which she may download from my page on the Court's website, https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

The Clerk of Court is respectfully requested to terminate ECF 23 and ECF 28.

DATED:  February 18, 2026
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge