UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

                   Plaintiff,

    -against-

AMAZON.COM LLC,

                   Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       A telephonic conference is scheduled for **Thursday, February 26, 2026 at 10:30 AM**. The pro se plaintiff and counsel for defendant should be prepared to discuss the letter at ECF 31.

The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442** and then enter the access code follow by the pound sign: **328 150 670#.**

DATED:  February 24, 2026
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge