UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

                Plaintiff,

    -against-

AMAZON.COM LLC,

                Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on February 26, 2026:

1. Plaintiff is not excused from the obligation under the Local Rules of this Court to meet and confer with counsel for Defendant in advance of making any applications to the Court.

2. Plaintiff shall provide Defendant's counsel with fully filled out and executed HIPAA forms for all medical providers, hospitals, and pharmacies on or before **March 6, 2026**.

3. Also by **March 6, 2026**, Plaintiff shall provide Defendant's counsel with an executed copy of my preferred form of [Confidentiality Stipulation and Proposed Protective Order](), available at the Court's website at [https://nysd.uscourts.gov/hon-robyn-f-tarnofsky](https://nysd.uscourts.gov/hon-robyn-f-tarnofsky). Plaintiff is reminded that no party is obligated to share confidential documents with the other party before the parties have signed a confidentiality agreement and proposed protective order and the Court has signed the proposed order. To be clear, if Plaintiff wants Defendant to begin its document production of confidential documents, she must first sign a confidentiality agreement and proposed protective order.

4. If Plaintiff has legal questions about her case, she is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007). If Plaintiff would like legal assistance, she should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED:  February 27, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge