UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>                    Plaintiff,<br><br>        -against-<br><br>AMAZON.COM LLC,<br><br>                    Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my order at ECF 35, Plaintiff shall provide Defendant's counsel with fully filled out and executed HIPAA forms for all medical providers, hospitals, and pharmacies on or before **March 6, 2026**.

I am mailing a physical copy of the Confidentiality Stipulation and Proposed Protective Order. Plaintiff can mail or hand delivery to the Pro Se Intake Unit at 500 Pearl Street, Room 205, New York, NY 10007.

DATED:  March 3, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge