UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

              Plaintiff,

    -against-

AMAZON.COM LLC,

              Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Thursday, March 19, 2026 at 2:00 PM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 623 208 125#.

DATED:  March 11, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge