UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>AMAZON.COM LLC,<br><br>                    Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on March 19, 2026, even though Plaintiff has filed a motion for remand of this matter to state court, while that motion is pending, and unless it is granted, Plaintiff is required to comply fully with all orders by this Court. I intend to issue a recommendation to Judge Oetken that the motion be denied, because Defendant has demonstrated that there is diversity jurisdiction, so that removal to this Court was proper. Plaintiff's time to (a) provide Defendant with executed HIPAA forms and (b) provide an executed confidentiality agreement is extended retroactively, and the new deadline is **March 31, 2026**. Plaintiff is warned that any additional failures to comply with Court orders may lead to sanctions and may lead me to recommend that the case should be dismissed.

DATED:  March 20, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge