UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

                 Plaintiff,

    -against-

AMAZON.COM LLC,

                 Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 30, 2026, Plaintiff in this case, who is proceeding pro se, sent two emails to my chambers (attached hereto as Exhibit 1), and copied the chambers of Judge Oetken and counsel for Defendant on the emails. In the emails, Plaintiff requests an emergency teleconference to confirm her compliance with my order dated March 20, 2026 (ECF 48).

A telephonic conference is scheduled for **Thursday April 2, 2026 at 11:30 AM**. The parties should be prepared to discuss Plaintiff's emails attached hereto as Exhibit 1 and my March 20, 2026 Order. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **123 298 190#.**

Plaintiff is reminded that if she wishes to make any applications to the Court, including any requests for a teleconference, Plaintiff must put her requests in a letter and file them on the docket. Plaintiff is further reminded that she should not copy my chambers and the chambers of Judge Oetken on documents sent to the pro se docketing clerk for filing on the docket.

DATED:  April 1, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**Tarnofsky NYSD Chambers**

| | |
|---|---|
| **From:** | Helen Gardner <helengardner841@gmail.com> |
| **Sent:** | Monday, March 30, 2026 2:47 PM |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Oetken NYSD Chambers; Vincent Lodato |
| **Subject:** | Gardner v Amazon 25 cv 08285- EMERGENCY CONFERENCE REQUEST |

<mark>CAUTION - EXTERNAL:</mark>

Dear Judge Tarnofsky,

   I, Pro se Plaintiff, Helen Gardner, am requesting an emergency Teleconference in order to confirm my compliance with your Order regarding HIPAA Authorization by March 31, 2026. I sent HIPAA Authorization, in a timely manner,  to Amazon lawyer, Vincent Lodato on March 27, 2026.
The HIPAA Authorization abides with the Laws of New York State (CPLR 3101, NY EVIDENCE RULE 401 and 403, HIPAA REGULATIONS, which require that **only medical records relevant to the specific condition at issue in the lawsuit (e.g., personal injury) be disclosed)**, as well as your Order, dated March 27, 2026, Document 50, which clearly states, on page 2 : "...Defendant with signed and filled out HIPAA forms for all her medical providers for the **relevant time period.**"
The HIPAA Authorization of March 27, 2026, abides by the Laws of New York State, as well as your Order. My Primary Care Physician, Dr. Nelly Cohen has my authorization, as shown on the HIPAA form, to release ALL information pertaining to this Food Poisoning (Foodborne Illness) Case. This includes ALL test results done at different facilities, which are reported back to Dr. Cohen, since she is my PCP.
In addition, I am in compliance with your Confidentiality Order and NDA as of March 27, 2026, when  I emailed my signed Documents to Lodato, and, as a precaution and proof, I also sent emails to your Honors Tarnofsky and Oetken. Lodato should have signed and sent copies to the Court on March 27, 2026.
Respectfully submitted,
Helen Gardner
Pro se Plaintiff

<mark>CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

**Tarnofsky NYSD Chambers**

| | |
|---|---|
| **From:** | Helen Gardner <helengardner841@gmail.com> |
| **Sent:** | Monday, March 30, 2026 3:13 PM |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | Re: Gardner v Amazon 25 cv 08285- EMERGENCY CONFERENCE REQUEST |

<mark>CAUTION - EXTERNAL:</mark>

CORRECT DATE OF HIPAA  REPLACEMENT FORM RELEASE ALL RELEVANT INFORMATION PERTAINING TO BACTERIAL INFECTION OF 2025, CAUSED BY FOOD POISONING (FOODBORNE ILLNESS) to March 28, 2026- still in compliance with Judge Tarnofsky's March 31, 2026 deadline.

On Mon, Mar 30, 2026 at 2:46 PM Helen Gardner <helengardner841@gmail.com> wrote:
Dear Judge Tarnofsky,

   I, Pro se Plaintiff, Helen Gardner, am requesting an emergency Teleconference in order to confirm my compliance with your Order regarding HIPAA Authorization by March 31, 2026. I sent HIPAA Authorization, in a timely manner,  to Amazon lawyer, Vincent Lodato on March 27, 2026.
The HIPAA Authorization abides with the Laws of New York State (CPLR 3101, NY EVIDENCE RULE 401 and 403, HIPAA REGULATIONS, which require that **only medical records relevant to the specific condition at issue in the lawsuit (e.g., personal injury) be disclosed)**, as well as your Order, dated March 27, 2026, Document 50, which clearly states, on page 2 : "...Defendant with signed and filled out HIPAA forms for all her medical providers for the **relevant time period.**"
The HIPAA Authorization of March 27, 2026, abides by the Laws of New York State, as well as your Order. My Primary Care Physician, Dr. Nelly Cohen has my authorization, as shown on the HIPAA form, to release ALL information pertaining to this Food Poisoning (Foodborne Illness) Case. This includes ALL test results done at different facilities, which are reported back to Dr. Cohen, since she is my PCP.
In addition, I am in compliance with your Confidentiality Order and NDA as of March 27, 2026, when  I emailed my signed Documents to Lodato, and, as a precaution and proof, I also sent emails to your Honors Tarnofsky and Oetken. Lodato should have signed and sent copies to the Court on March 27, 2026.
Respectfully submitted,
Helen Gardner
Pro se Plaintiff

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>