UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

                Plaintiff,

    -against-

AMAZON.COM LLC,

                Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 26, 2026, Plaintiff in this case, who is proceeding pro se, sent a motion seeking sanctions under the New York Rules of Professional Conduct and certificate of service via email for filing on the docket to the pro se filing clerk, my chambers, and the chambers of Judge Oetken (attached hereto as Exhibits A-D). That same day, the Certificate of Service was filed on the docket but Plaintiff's motion was not. (*See* ECF 49.) I have been informed by Docket Services that Plaintiff's motion was not filed on the docket because the pdf file that was submitted was over the 15 megabyte limit.

Plaintiff's motion is attached to this Order for filing on the Docket (Exhibit B).

If Plaintiff has any questions about this Order, filing papers in this judicial district, or any procedural matters, she should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. Additionally, Plaintiff can find additional rules and resources regarding filing in this district on the court's public webpage for Pro Se litigants: https://nysd.uscourts.gov/prose.

Plaintiff is further reminded that she should not copy my chambers and the chambers of Judge Oetken on documents sent to the pro se docketing clerk for filing on the docket.

DATED:  April 2, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

# EXHBIT A

## Tarnofsky NYSD Chambers

| | |
|---|---|
| **From:** | Helen Gardner <helengardner841@gmail.com> |
| **Sent:** | Thursday, March 26, 2026 2:52 PM |
| **To:** | Pro Se Filing; Oetken NYSD Chambers; Tarnofsky NYSD Chambers |
| **Subject:** | Gardner v Amazon.com Services LLC-25 CV 0.8285 JPO RFT |
| **Attachments:** | MOTION AGAINST LODATO.pdf |

**CAUTION - EXTERNAL:**

MOTION AGAINST ATTORNEY FOR VIOLATION OF NEW YORK RULE 3.3 OF 22 NYCRR 1200

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HELEN GARDNER,

                                    25-CV-08285 (JPO)(RFT)

        Plaintiff,

        - against-

                                    **MOTION**

AMAZON.COM SERVICES LLC,
f/k/a AMAZON.COM LLC,

        Defendant.
-----------------------------------------------------------X

## MOTION AGAINST ATTORNEY FOR VIOLATION OF NEW YORK RULE 3.3 OF 22 NYCRR 1200

Plaintiff, Helen Gardner, respectfully moves this Court for a judgment against attorney Vincent Lodato of Sills Cummis & Gross in the amount of $10,000 for his unprofessional conduct and violation of New York Rules of Professional Conduct, specifically Rule 3.3 of 22 NYCRR 1200. In New York, attorneys are strictly prohibited from committing perjury or knowingly using false evidence.

1

## I.  BACKGROUND

This case involves attorney Vincent Lodato' violation of New York Rule 3.3

of 22 NYCRR 1200.

I, Helen Gardner, am the Pro se Plaintiff in this case. On January 30, 2026, Plaintiff, in compliance with Judge Tarnofsky's Orders I sent, via email, five discussion points for the upcoming February 23rd Conference. This is an excerpt from the email that Plaintiff sent to Mr. Lodato on January 30, 2026 at 6:03pm, to the SDNY Pro se Department on February 2, 2026 at 12:31pm, and, also, to Judge Tarofsky on February 2, 2026 at 4:24pm:

Mr. Lodato,
Here are the issues I would like to present to Judge Tarnofsky:

1. Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action.  Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS.

2. Since I am a Pro se Plaintiff, I want to confirm, Mr. Lodato, that you are authorized to act on Judge Tarnofsky' behalf before I sign the Non-Disclosure Agreement that you sent me.

3. You have acknowledged receipt of the 4 PDF's on January 29, 2026 at 3:52pm.

2

4. Plaintiff's request for Documents of January 21, 2026 was returned without any of the requested documents attached.

5. Plaintiff's request on January 28, 2026 for First Set of Interrogatories, has gone unanswered.

See full emails: Exhibits 1, 3, 4

Here is the excerpt from the fraudulent letter that Mr. Lodato sent to Judge

Tarofsky filed with the Court on February 2, 2026- Court Doc #23:

> **Plaintiff's Position (taken verbatim from Plaintiff's e-mail dated January 30, 2026)**
> Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action. Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS. See full letter Doc #23- Exhibit 2

### III. ARGUMENT

Mr. Lodato violated Rule 3.3 of 22 NYCRR 1200 which clearly states that in New York attorneys are strictly prohibited from committing perjury or knowingly using false evidence. This rule mandates that lawyers must not make false statements, must correct any false evidence, and must take remedial measures, including disclosure to the tribunal if necessary.

3

Mr. Lodato has committed perjury and exhibited unprofessional conduct by:

1. Stating: Plaintiff's Position (taken verbatim from Plaintiff's e-mail dated January 30, 2026)
   Lodato violated the Law by tampering with the document and by omission.

2. Removing all the numerals from Plaintiff's five point Discussion Points.
   Lodato lied by omission.

3. By deleting Discussion Points 2 through 5 in their entirety, Mr. Lodato tampered with Plaintiff's document, which is against the Law.

## IV. CONCLUSION

Plaintiff is requesting Punitive Damages in the amount of $10,000 to discourage Mr. Lodato from repeating such egregious acts in the future. In addition, if the Court deems it just and proper, the levy of sanctions against Mr. Lodato for his unprofessional and egregious acts might be taken into consideration.

Respectfully submitted,

Helen Gardner
237 Duffield Street, Apt 2B
Brooklyn, New York 11201
(718) 838-8232
helengardner841@gmail.com

Dated: Brooklyn, New York
       March 26, 2026

4

PLAINTIFF'S
EXHIBIT
1

Fri, Jan 30, 2026 at 6:03 PM

Helen Gardner <helengardner841@gmail.com>
To: Vincent Lodato <VLodato@sillscummis.com>

Mr. Lodato,
Here are the issues I would like to present to Judge Tarnofsky:
1. Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action. Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS.

2. Since I am a Pro se Plaintiff, I want to confirm, Mr. Lodato, that you are authorized to act on Judge Tarnofsky' behalf before I sign the Non-Disclosure Agreement that you sent me.

3. You have acknowledged receipt of the 4 PDF's on January 29, 2026 at 3:52pm.

4. Plaintiff's request for Documents of January 21, 2026 was returned without any of the requested documents attached.

5. Plaintiff's request on January 28, 2026 for First Set of Interrogatories, has gone unanswered.

Thank you,
Helen Gardner

Case 1:25-cv-08285-JPO-RFT   Document 53   Filed 02/02/26   Page 3 of 3

# Sills Cummis & Gross
### A Professional Corporation



**PLAINTIFF'S EXHIBIT**

2

Honorable Robyn F. Tarnofsky, U.S.M.J.
February 2, 2026
Page 3

cases like this. *See Bowen v. Fed. Express Corp.*, 2007 U.S. Dist. LEXIS 103277, *7-8 (S.D.N.Y. Feb. 23, 2007) ("In any lawsuit where the plaintiff is alleging physical and emotional injuries, it is standard procedure for the judge to direct the plaintiff to sign a 'HIPPA-compliant authorization for the release of his complete medical, pharmacy, psychiatric or psychological treatment or counseling records.'").

On January 26, 2029, I e-mailed Plaintiff requesting HIPPA authorizations for the lab facility, her primary care physician, and any other healthcare providers she has treated with in the last two years. Plaintiff did not respond to my effort to meet and confer. Plaintiff continues to assert in her written discovery responses that she is only required to provide a HIPPA authorization for the single lab result of June 9, 2025.

### Plaintiff's Position (taken verbatim from Plaintiff's e-mail dated January 30, 2026)

Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action. Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS.

The parties respectfully request that the Court schedule a conference call to address this dispute regarding HIPPA authorizations.

Respectfully submitted,

*s/ Vincent Lodato*

VINCENT LODATO

cc:    Helen Gardner (via e-mail)

Helen Gardner <helengardner841@gmail.com>
To: prose@nysd.uscourts.gov



Mon, Feb 2, 2026 at 12:31 PM

--------- Forwarded message ---------
From: **Helen Gardner** <helengardner841@gmail.com>
Date: Mon, Feb 2, 2026, 11:42 AM
Subject: Re: Helen Gardner v Amazon
To: Vincent Lodato <VLodato@sillscummis.com>

Mr. Lodato,Here are the issues i would like to present to Judge Tarnofsky:

1. Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action. Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS.

2. Since I am a Pro se Plaintiff, I want to confirm, Mr. Lodato, that you are authorized to act on Judge Tarnofsky' behalf before I sign the Non-Disclosure Agreement that you sent me.

3. You have acknowledged receipt of the 4 PDF's on January 29, 2026 at 3:52pm.

4. Plaintiff's request for Documents of January 21, 2026 was returned without any of the requested documents attached.

5. Plaintiff's request on January 28, 2026 for First Set of Interrogatories, has gone unanswered.

Thank you,
Helen Gardner

PLAINTIFF'S
EXHIBIT
4

Mon, Feb 2, 2026 at 4:24 PM

--------- Forwarded message ---------
From: **Helen Gardner** <helengardner841@gmail.com>
Date: Fri, Jan 30, 2026, 6:03 PM
Subject: Re: Helen Gardner v Amazon
To: Vincent Lodato <VLodato@sillscummis.com>

Mr. Lodato,
Here are the issues i would like to present to Judge Tarnofsky:
1. Plaintiff has furnished Defendant with HIPAA documents that are relevant to this FOOD POISONING/NEGLIGENCE action. Urinalysis of November 21, 2023, proving Plaintiff's NORMAL readings, were furnished for comparison with the ABNORMAL readings proving Bacterial Infection from FOOD POISONING on June 9, 2025. There is an additional ABNORMAL Lab reading on December 9, 2025, which shows the WHITE BLOOD COUNT and BACTERIAL INFECTION COUNTS, while getting better, still have not fully cleared. HIPAA Law permits Plaintiff to redact any medical information not pertaining to the lawsuit. I agree to a Conference to discuss HIPAA RESTRICTIONS.

2. Since I am a Pro se Plaintiff, I want to confirm, Mr. Lodato, that you are authorized to act on Judge Tarnofsky' behalf before I sign the Non-Disclosure Agreement that you sent me.

3. You have acknowledged receipt of the 4 PDF's on January 29, 2026 at 3:52pm.

4. Plaintiff's request for Documents of January 21, 2026 was returned without any of the requested documents attached.

5. Plaintiff's request on January 28, 2026 for First Set of Interrogatories, has gone unanswered.

Thank you,
Helen Gardner

# EXHIBIT C

## Tarnofsky NYSD Chambers

| | |
|---|---|
| **From:** | Helen Gardner <helengardner841@gmail.com> |
| **Sent:** | Thursday, March 26, 2026 2:58 PM |
| **To:** | Pro Se Filing; Oetken NYSD Chambers; Tarnofsky NYSD Chambers |
| **Subject:** | GARDNER V AMAZON.COM SERVICES, LLC- 25-CV-08285 JPO RFT |
| **Attachments:** | CERTIFICATE OF SERVICE ON LODATO.pdf |

**CAUTION - EXTERNAL:**


CERTIFICATE OF SERVICE OF MOTION AGAINST LODATO

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

# EXHIBIT D

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Helen Gardner,
PLAINtiff
_____
Write the first and last name of each plaintiff.

-against-

Amazon.com Services, LLC
F/K/A Amazon.com LLC,
            Defendant.
_____
Write the first and last name of each defendant.

Case No. 25 CV 08285 (JPO)(RFT)

**CERTIFICATE OF SERVICE**

I, Helen Gardner,

affirm that the foregoing documents have been personally served on
Vincent Lodato via email at ~~or mailed to the last~~
~~known address of~~ VLodato@sillscummis.com          ,

~~at~~_____.

3/26/26
**Executed on (date)**

Helen Gardner
**Name**

237 Duffield St, Apt 2B, Brooklyn, N.Y. 11201
**Address**          **City**     **State**   **Zip Code**

718-838-8232
**Telephone Number (if available)**

*Helen Gardner*
**Signature**

~~X~~
**Prison Identification # (if incarcerated)**

helengardner@gmail.com
**E-mail Address (if available)**

Rev. 5/21/25