UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>AMAZON.COM LLC,<br><br>                    Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendant's discovery motion (ECF 54), which is GRANTED IN PART. As discussed at the conference held on April 2, 2026, Plaintiff shall send fully filled out and signed HIPAA forms for each of her medical providers for the period from May 2023 to the present to Defendant by **April 6, 2026.** Once Defendant receives those HIPAA forms, he will send them to the providers in question and send copies of the correspondence with those providers to Plaintiff.

Plaintiff shall not email chambers unless she needs to raise an issue that needs to be resolved within one business day; any other issues must be raised with the Court by filing a letter on the docket. Discovery materials such as HIPAA forms and documents produced in response to discovery requests should be sent to the other party and should not be filed on the docket other than when the parties have a dispute about discovery that they wish or either of them wishes the Court to resolve.

All discovery deadlines are extended by **60 days** as follows: Fact Discovery shall be completed by **July 7, 2026**; Depositions shall be completed by **June 9, 2026**; Requests to admit shall be served by **June 9, 2026**; and any expert discovery shall be completed by **August 21, 2026**.

Also pending before the Court is Plaintiff's motion for sanctions arising out of Defendant's counsel's failure to include in a joint status report all text sent by Plaintiff to counsel. (ECF 55, Exhibit B.) This issue was discussed at the status conference held on February 26, 2026. Counsel apologized that the joint letter was not handled to Plaintiff's liking and committed to including all text sent by Plaintiff in future joint updates to the Court. It is the Court's understanding that counsel had not understood that

the omitted text reflected issues about which Plaintiff wished to inform the Court and that counsel had thought that the omitted text involved issues Plaintiff wished to discuss with him. I noted counsel's apology and admonished him to be more careful in the future to make sure that he accurately included all Plaintiff's desired language in joint filings. He assured me that he would do so. I therefore consider the issue to have been fully addressed. Accordingly, Plaintiff's application for sanctions (ECF 55, Exhibit B) is DENIED.

The Clerk of Court is respectfully requested to terminate ECF 54.

DATED:  April 3, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge