UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>               Plaintiff,<br><br>  -against-<br><br>AMAZON.COM LLC,<br><br>               Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 9, 2026, I ordered the parties to file monthly updates on the status of discovery, including on April 6, 2026. (*See* ECF 21.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **April 10, 2026.**

DATED:  April 7, 2026
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge