UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

                 Plaintiff,

     -against-

AMAZON.COM LLC,

                 Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In its answer, Defendant Amazon.com Services LLC f/k/a Amazon.com LLC, noted that it is improperly named in the caption of this case as Amazon.com LLC. (*See* ECF 7.) If Defendant wishes the caption to be corrected to reflect its correct name, it shall do so by filing a letter-motion on the docket by **May 5, 2026**. Plaintiff shall have until **May 12, 2026** to respond to any such letter-motion.

DATED:  April 30, 2026
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge