UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

               Plaintiff,

    -against-

AMAZON.COM LLC,

               Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court thanks the parties for the update. If any party wishes for the Court to intervene in a discovery dispute, that party must file a letter-motion.

DATED:  May 1, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge