UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

                    Plaintiff,

          -against-

AMAZON.COM LLC,

                    Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A discovery conference is scheduled for **Monday, May 18, 2026, at 10:30 AM**, in

**Courtroom 9B at 500 Pearl Street, New York, NY.** The Parties should be prepared to discuss

Defendant's letter motion at ECF 71 and the status of discovery. Counsel for Defendant is

directed to bring copies for the Court's review of any documents he would like Plaintiff to sign.

DATED:  May 6, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge