UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER, | 25-CV-8285 (JPO) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| AMAZON.COM LLC, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 5, 2026, Plaintiff in this case, who is proceeding pro se, copied my chambers and the pro se docket clerk on a reply to opposing counsel (attached hereto as Exhibit A).

I have previously ordered that chambers not be copied on correspondence with opposing counsel. (*See* ECF 50, ECF 52, ECF 53, ECF 55). Plaintiff is reminded that she should only contact chambers by email in the event of an emergency. An emergency is a matter that needs resolution within 24-48 hours. Plaintiff's request for a conference is not an emergency.

DATED:  May 6, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**Tarnofsky NYSD Chambers**

| | |
|---|---|
| **From:** | Helen Gardner <helengardner841@gmail.com> |
| **Sent:** | Tuesday, May 5, 2026 4:58 PM |
| **To:** | Vincent Lodato |
| **Cc:** | Pro Se Filing; Tarnofsky NYSD Chambers |
| **Subject:** | Re: Gardner v. Amazon - rejection letter from Brooklyn Hospital Center |

<mark>**CAUTION - EXTERNAL:**</mark>

Mr. Lodato,
You are only entitled to the information from The Brooklyn Hospital Center that I authorized on the Government HIPAA Authorization form. I saw Dr. Marcia Nelson, DO, one time, for about 15 minutes on September 8, 2025, for help with the effects of the Food Poisoning from consuming contaminated, expired soup from Amazon. She referred me for tests. The test results list Nelly Cohen, MD of C & Y Medical as my PCP. I have no idea who Dr. Leo Menashe in the Radiology Department is. You are not performing an attorney's due diligence when stating that I saw Dr. Nelson 'in the Acute Care for Elders unit', which is located at Maimonides Hospital. Dr. Nelson left that unit to relocate at The Brooklyn Hospital which is where I saw her. I am hereby requesting another Emergency Conference with Magistrate Judge Tarofsky as you seem to be having difficulty with the fact that all my HIPAA Authorizations have been properly executed.
Helen Gardner


On Tue, May 5, 2026 at 11:56 AM Vincent Lodato <VLodato@sillscummis.com> wrote:


Ms. Gardner,


Please see attached.


**Vincent Lodato**
Of Counsel



website | bio | vCard | newsroom | email


One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5891 | f (973) 643-6500  map

2

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2