UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>          Plaintiff,<br>   -against-<br><br>AMAZON.COM LLC,<br><br>          Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Tuesday May 19, 2026 at 10:00 AM**. The

parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**

and then enter the access code followed by the pound sign: **476 642 920#**.

DATED:  May 14, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge