UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>        Plaintiff,<br><br>   -against-<br><br>AMAZON.COM LLC,<br><br>        Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on May 19, 2026:

1.      The motions at **ECF 70** and **79** are GRANTED, and the caption shall be amended as set forth below.

2.      Defendant's motion for discovery at **ECF 71** is GRANTED IN PART and DENIED IN PART, in that (1) Defendant may serve a subpoena on Brooklyn Hospital Center and (2) the remaining medical information sought should be available using the existing HIPAA forms.

3.      Plaintiff's motion at **ECF 80** is DENIED as moot.

4.      At the deposition scheduled for May 29, 2026, if Plaintiff wishes to question the witness, she should inform Defendant and the witness by letter.

5.      The deadline for completing fact discovery is extended until **August 7, 2026** and the deadline for complete expert discovery is extended until **September 21, 2026**.

Additionally, the in-person discovery conference scheduled for Wednesday, May 20, 2026 at 11:30 AM is CANCELLED.

The Clerk of Court is respectfully requested to amend the caption in this matter to Helen Gardner, Plaintiff v. Amazon.com Services, LLC, Defendant and to terminate **ECF 70, 71, 79 and 80**.

DATED:  May 19, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge