UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br>AMAZON.COM LLC,<br><br>　　　　　　Defendant. | 25-CV-8285 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　　This action is scheduled for a status conference on **July 6, 2026 at 10:30 AM**. The parties

should be prepared to discuss the status of the case. The parties are directed to join the

conference at the scheduled time by dialing **(646) 453-4442, Access Code: 104 355 833#.**

DATED:  June 4, 2026
　　　　New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge