UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

Plaintiff,

-against-

AMAZON.COM LLC,

Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 4, 2026, Plaintiff in this case, who is proceeding pro se, sent an email to my chambers (attached hereto as Exhibit A), and copied counsel for Defendant on the email. In the email, Plaintiff opposes defendant's request for an extension of the discovery deadlines (ECF 112). Plaintiff is reminded that any responses to letter motions or requests to the Court must be in a letter form and filed on the docket.

DATED: August 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**Tarnofsky NYSD Chambers**

---

**From:** Helen Gardner <helengardner841@gmail.com>
**Sent:** Tuesday, August 4, 2026 2:56 PM
**To:** Tarnofsky NYSD Chambers
**Cc:** Vincent Lodato
**Subject:** LETTER IN OPPOSITION-Gardner v Amazon.com Services LLC-25 cv 08285 JPO RFT

**CAUTION - EXTERNAL:**

Helen Gardner
237 Duffield Street, Apt 2B
Brooklyn, New York 11201
718-838-8232
helengardner841@gmail.com

August 4, 2026

To the Honorable Magistrate Judge Robyn F. Tarnofsky
United States District Court Southern District Of New York
500 Pearl Street
New York, New York 10007

Re: Helen Gardner v. Amazon.com Services LLC

Case No. 25-cv-8285 JPO

Honorable Magistrate Judge Tarnofsky,

Plaintiff opposes the defendant's request for a 45 day extension of the deadlines for Fact and Expert Discovery from August 7, 2026 and September 21, 2026, respectively. The issuance of Bad Faith Subpoenas, utilization of Delay Tactics, and the submission of Frivolous Filings are all examples of waste and abuse of the Court's time. The current deadlines should stand.

Respectfully submitted,

Helen Gardner
*/s/ Helen Gardner*

cc: Vincent Lodato (via email: vlodato@sillscummis.com )

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.