UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

Plaintiff,

-against-

AMAZON.COM LLC,

Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are Plaintiff's motion to file a third amended complaint ("TAC") (ECF 110) and Defendant's letter-motion for discovery (ECF 112). As discussed at the status conference held on August 11, 2026:

1. The letter motion for discovery is GRANTED (ECF 112); the Court signed the subpoena as requested.
2. The motion to file a TAC (ECF 110) is GRANTED. The document at ECF 111 is now the operative complaint. Defendant need not answer the complaint, other than to file a brief letter to the Court indicating that it stands on its answer to the SAC and indicating its responses to any new allegations in the TAC.
3. The deadline for completing fact discovery is extended until **September 21, 2026**, and the deadline for completing expert discovery is extended until **November 9, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 110 and 112.

DATED: August 11, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge