UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GARDNER,<br>Plaintiff,<br>-against-<br>AMAZON.COM LLC,<br>Defendant. | 25-CV-8285 (JPO) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are (1) Plaintiff's motion in limine to exclude evidence (**ECF 107**) and (2) Plaintiff's motion for sanctions against opposing counsel (**ECF 125**). Plaintiff's motion in limine (**ECF 107**) is **DENIED** as premature. After discovery is complete, the Court will set a schedule for motions, including in limine motions, and Plaintiff may renew the motion under that schedule. Plaintiff's sanctions motion (**ECF 125**) is likewise **DENIED**: Plaintiff complains that Defendant sought medical records from a medical facility that she has not visited since 2020, while the permissible scope of discovery is from May 2023 onward. (**ECF 125**.) However, the HIPAA form (attached to Plaintiff's motion as exhibit 1) states on its face that it seeks documents from May 2023 onward; if Plaintiff has not visited the facility since 2020, the facility will have no documents from the requested period to produce, but it is not sanctionable for Defendant to test Plaintiff's recollection that she has not visited the facility within the requested period. The Clerk of Court is respectfully requested to terminate **ECF 107 and 125**.

DATED: August 12, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge