# Sills Cummis & Gross

A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Vincent Lodato**
**Of Counsel**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5891**
**Email: vlodato@sillscummis.com**

101 Park Avennue
25th Floor
Newa York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500


August 24, 2026

**VIA ECF**

Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re: *Helen Gardner v. Amazon.com Services, LLC*
*Case No. 1:25-cv-8285-JPO*

Dear Magistrate Judge Tarnofsky:

This firm represents Defendant Amazon.com Services, LLC ("Amazon") in this matter. I am writing in connection with the Court's Order entered on August 21, 2026 regarding the product inspection that our office requested. *See* ECF No. 131.

On August 17, 2026, Ms. Gardner provided me with the two options outlined in your Order, one of which Your Honor correctly stated was not an option to inspect the product. Upon receipt of Ms. Gardner's proposal, I advised Ms. Gardner that we selected her first option because we still wanted to inspect and photograph the products she still has in her possession. On August 19, Ms. Gardner proposed September 9 at 11:00 AM at a meeting room she reserved in the Brooklyn Public Library-Central Branch for the product inspection, which I confirmed by e-mail that day.

Because the parties have agreed on a date, time and location for the product inspection, we respectfully request that the Court's August 21 Order be modified to allow the product inspection to take place at the Brooklyn Public Library-Public Branch on September 9, 2026 at 11:00 AM.

Application GRANTED. The inspection may take place at the Brooklyn Public Library on September 9, 2026.

The Clerk of Court is respectfully requested to strike ECF 131 and terminate ECF 132.

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2026
New York, NY

Sills Cummis & Gross
A Professional Corporation



Respectfully submitted,

*s/ Vincent Lodato*

VINCENT LODATO

cc: Helen Gardner (via e-mail)