UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

Plaintiff,

-against-

AMAZON.COM LLC,

Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has received emails from pro se Plaintiff, copying Judge Oetken, Pro Se Filing, and Defendant's counsel, attached hereto as Exhibit A. Plaintiff is reminded that all correspondence must be filed on the docket. Communications with chambers are not allowed unless there is an urgent need, such as when there is an imminent deadline from which Plaintiff needs relief, in which case Plaintiff may email chambers with a copy to opposing counsel. There was no such urgent need for Plaintiff's emails to chambers. Plaintiff is directed to consult my Individual Practice Rules in Civil Cases, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

DATED: August 25, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE