UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GARDNER,

Plaintiff,

-against-

AMAZON.COM LLC,

Defendant.

25-CV-8285 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on November 17, 2026:

1. Plaintiff asked about the status of her objections to my denial of a change of venue. I explained that the objections will be decided by Judge Oetken.
2. All discovery is complete. Plaintiff has received the reports of Defendant's experts and intends to contest their opinions.
3. Plaintiff told the Court that she intends to move for summary judgment and wishes to do so immediately. Defendant previously told the Court that it intends to move for summary judgment. To avoid duplicative filings, the briefing schedule is as follows:
    a. Plaintiff shall file her motion for summary judgment, which shall include a statement of undisputed material facts and supporting evidence, by **November 23, 2026**.
    b. Defendant shall file its cross-motion for summary judgment, along with its brief in support of its motion and in opposition to Plaintiff's motion, plus a counterstatement of material facts and supporting evidence, by **December 7, 2026**.

c. Plaintiff shall file her opposition to Defendant's cross-motion and reply in further support of her motion by **December 21, 2026**.

d. Defendant shall file its reply in further support of its cross-motion by **January 5, 2027**.

DATED: November 17, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge